# Baker Hostetler

RECEIVED
JUL 2 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

July 1, 2008

Ona T. Wang
direct dial: 212.589.4254
owang@bakerlaw.com

**VIA FEDERAL EXPRESS**

The Honorable Harold Baer, Jr.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-2-08

Re:   Zipp v. World Mortgage Company, et al., 08 Civ. 5155 (HB)

Dear Judge Baer:

We represent the Defendants in the above-captioned action, and write to request a 30-day adjournment of Defendants' time to move or answer, to August 1. This is Defendants' first request for an adjournment, and Plaintiffs have consented to such adjournment.

Per the Court's Individual Practices, attached is a current copy of the docket report.

Respectfully submitted,

Ona T. Wang

SO ORDERED

Harold Baer, Jr., U.S.D.J.
Date: 7/2/08

Attachment

cc:   Bruce Menken, Esq. (via U.S. mail)
      Tracy L. Cole, Esq. (via e-mail)