UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ERIC ZIPP, WILLIAM J. WALKER, JR. and
MICHELLE MARKOTA, et al.

                Plaintiffs,

                                                                    08-Civ.-5155 (HB)

                v.                                         **NOTICE OF APPEARANCE**

WORLD MORTGAGE CORPORATION, WORLD
SAVINGS BANK, F.S.B. GOLDEN WEST
FINANCIAL CORP., WACHOVIA MORTGAGE
CORPORATION and WACHOVIA
CORPORATION,

                Defendants.

-----------------------------------------------------------------x

       PLEASE TAKE NOTICE THAT the undersigned hereby enters appears as counsel for

the Plaintiffs in this matter.

Dated:      August 11, 2008
                New York, New York

                                                    Darnley D. Stewart (DS-0835)
                                                    GISKAN SOLOTAROFF
                                                    ANDERSON & STEWART, LLP
                                                    11 Broadway, Suite 2150
                                                    New York, New York 10004
                                                    212-500-5106

To:     Ona T. Wang
           Baker & Hostetler LLP
           45 Rockefeller Plaza
           New York, New York 10111